◼ MICHAEL VANHOUSE, as Administrator of the Estate of MICHELLE J. VANHOUSE, Deceased, Appellant, v FAMA J. VANHOUSE et al., Defendants, and RONNIE L. SWEM et al., Respondents.—Appeal from an order of the Supreme Court (Duskas, J.), entered July 25, 1991 in St. Lawrence County, which granted a motion by defendants Ronnie L. Swem and James River Corporation of Virginia for summary judgment dismissing the complaint against them.

Order affirmed, with costs, upon the opinion of Justice Michael W. Duskas.

Mikoll, J. P., Levine, Mercure, Mahoney and Casey, JJ., concur. Ordered that the order is affirmed, with costs.